UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____12/9/2019_____

JERRY MARTIN KOKOSHKA,

                    Plaintiff,

        -against-

FIDUCIARY WHO EXERCISES
DISCRETIONARY CONTROL OVER
RETIREMENT SAVINGS PLAN FOR
OFFICERS OF COLUMBIA UNIVERSITY
REPRESENTED BY ATTORNEY CORY
HIRSCH, SAYFARTH SHAW, LLP; CORY
HIRSCH,

                    Defendants.

19-CV-10670 (VSB)

**ORDER OF SERVICE**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

      Plaintiff is advised that in a recovery of benefits claim, the proper defendants are "the plan and the administrators and trustees of the plan in their capacity as such." *Leonelli v. Pennwalt Corp.*, 887 F.2d 1195, 1199 (2d Cir. 1989).

      Accordingly, it is hereby:

      ORDERED that the Clerk of Court is directed to issue a summons as to Defendant Cory Hirsch.

      IT IS FURTHER ORDERED that Plaintiff shall serve the summons and complaint on this Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:    December 9, 2019
           New York, New York

Vernon S. Broderick
United States District Judge