```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                       :
JERRY MARTIN KOKOSHKA,                                 :
                                                       :
                            Plaintiff,                 :
                                                       :         19-CV-10670 (JPC)
            -v-                                        :
                                                       :              ORDER
THE INVESTMENT ADVISORY COMMITTEE OF                   :
COLUMBIA UNIVERSITY and CORY HIRSCH,                   :
                                                       :
                            Defendants.                :
                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2020

JOHN P. CRONAN, United States District Judge:

On December 15, 2020, Defendants filed a Motion for Summary Judgment. (Dkt. 19). Plaintiff's opposition to Defendants' Motion for Summary Judgment shall be submitted no later than January 15, 2021. Defendants' reply shall be filed no later than January 29, 2021.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 16, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge