```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JERRY MARTIN KOKOSHKA,                                                 :
                                                                       :
                         Plaintiff,                                    :
                                                                       :    19 Civ. 10670 (JPC)
            -v-                                                        :
                                                                       :    ORDER
THE INVESTMENT ADVISORY COMMITTEE OF                                   :
COLUMBIA UNIVERSITY,                                                   :
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Pretrial Conference scheduled for March 5, 2021, at 11:00 a.m. is hereby adjourned *sine die*. If necessary, the Court will provide more guidance as to post-discovery procedures after disposition of Defendant's Motion for Summary Judgment.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: March 1, 2021  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge