UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                         :

JERRY MARTIN KOKOSHKA,              :

                          :

             Plaintiff,         :

                          :          19 Civ. 10670 (JPC)

     -v-                    :

                          :           ORDER

THE INVESTMENT ADVISORY COMMITTEE OF :
COLUMBIA UNIVERSITY,         :

                          :

             Defendant.      :

                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of a letter filed by the *pro se* Plaintiff on June 25, 2021, requesting an update on this proceeding. Defendant's motion for summary judgment is fully submitted and is pending before the Court.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 29, 2021
      New York, New York                         JOHN P. CRONAN
                                      United States District Judge