**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JERRY MARTIN KOKOSHKA,

                    Plaintiff,                16 **CIVIL** 10670 (JPC)

       -against-                      **JUDGMENT**

THE INVESTMENT ADVISORY COMMITTEE
OF COLUMBIA UNIVERSITY,

                    Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated August 19, 2021, the Court grants summary

judgment in favor of the Committee; accordingly, this case is closed.

**Dated:**  New York, New York
         August 19, 2021

                                  **RUBY J. KRAJICK**
                         _____
                                Clerk of Court
          **BY:**
                                Deputy Clerk